1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

14
15 JOHN DUDIK, IV,                         ) CV 08-2761-GW (SH)
                                          )
16                                        ) ORDER ADOPTING AMENDED
                                          ) REPORT AND RECOMMENDATION
17           Petitioner,                  ) OF UNITED STATES MAGISTRATE
                                          ) JUDGE
18      v.                                )
                                          )
19 JOSEPH WOODRING,                       )
                                          )
20           Respondent.                  )
                                          )
21

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that the Petition filed herein is denied and the action is dismissed without prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein by the United States mail on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: April 14, 2009

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE