UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JOHN DUDIK, IV, | ) CV 08-2761-GW (SH) |
| | ) JUDGMENT |
| Petitioner, | ) |
| v. | ) |
| JOSEPH WOODRING, | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed without prejudice.

DATED: April 14, 2009

GEORGE H. WU
UNITED STATES DISTRICT JUDGE